ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SUSAN S. FAHEY, Plaintiff, v. UNITED STATES POSTAL SERVICE, Defendant. | NO. 04-1540C<br>COMPLAINT |

COMES NOW the plaintiff Susan F. Fahey by her attorney Jack L. Burtch, and makes the following complaint against the United States Postal Service, to wit:

1. Plaintiff is a resident of Ocean Shores, Grays Harbor County, Washington.

2. Plaintiff had a contract with the United States Postal Service for delivery of mail in the Ocean Shores region. Said contracts are referred to as HCR 98583, and 98584. Said



JACK L. BURTCH
ATTORNEY AT LAW
218 NORTH BROADWAY
POST OFFICE BOX A
ABERDEEN, WASHINGTON 98520-0247
(360) 533-1982

contracts were usually and uniformly automatically extended. Said contracts were for a four (4) year period.

3. At all times plaintiff performed her contractual obligations in full compliance with her contract with the United States Postal Service.

4. That on October 15, 2003, plaintiff received a Certified letter from the Contracting Officer for the Western Area DNO, Seattle Branch, of the United States Postal Service terminating her contracts for convenience. Clause H. 3. in said contracts. That in fact, plaintiff's contracts were not terminated for convenience, and said termination was a subterfuge for violating plaintiff's rights under the United States Whistleblower Act.

5. That the United States Postal Service has wrongfully breached the contract that plaintiff had with said service, causing her damages.

6. That this claim is brought under authority of the Contract Disputes Act of 1978 (41 U.S.C. § 601-613, inclusive). That in terminating the contract with the plaintiff, the United States Postal Service Contracting Officer, failed



JACK L. BURTCH
ATTORNEY AT LAW
218 NORTH BROADWAY
POST OFFICE BOX A
ABERDEEN, WASHINGTON 98520-0247
(360) 533-1982

to comply with Section 605 of the Act in the Notice of Termination. The specific failure of compliance was the failure to include in the termination notice information to the contractor of their rights as provided in the Contract Disputes Act of 1978. That when the termination notice was received by the plaintiff, she immediately contacted the Contracting Officer, and asked for information to appeal to the next higher contracting authority, but was told that she had no right of appeal. That this was a further violation of plaintiff's contractual rights.

WHEREFORE PLAINTIFF PRAYS for all damages as a result of the breach of said contract which are in excess of $50,000.00 together with any attorney fees authorized by the United States Whistleblower Act.

DATED: October 7, 2004

LAW OFFICE OF JACK L. BURTCH

Jack L. Burtch, WSBA #4161
Michelé M. Haaseth, WSBA #29934
Attorneys for Plaintiff

Name: Jack L. Burtch
Attorney at Law
Address: 218 N. Broadway Street
Post Office Box A
Aberdeen, Washington 98520-0247
Telephone: (360) 533-1982

STATE OF WASHINGTON )<br>
) ss:<br>
GRAYS HARBOR COUNTY )

Susan S. Fahey, being first duly sworn on oath, deposes and says: I am the plaintiff in the above-entitled action; I have read the foregoing Complaint, know the contents thereof, and believe the same to be true.

Susan S. Fahey

SUBSCRIBED and SWORN to before me this 7th day of October, 2004.

NOTARY PUBLIC in and for the State of Washington residing at Ocean Shores.

My commission terminates: 09/15/2006.

Jack L. Burtch<br>
Attorney at Law<br>
218 N. Broadway Street<br>
Post Office Box A<br>
Aberdeen, Washington 98520-0247<br>
Telephone: (360) 533-1982

Susan S. Fahey<br>
Post Office Box 1512<br>
Ocean Shores, Washington 98569<br>
Telephone: (360) 289-3932

Date of Signing: October 7, 2004



JACK L. BURTCH<br>
ATTORNEY AT LAW<br>
218 NORTH BROADWAY<br>
POST OFFICE BOX A<br>
ABERDEEN, WASHINGTON 98520-0247<br>
(360) 533-1982