IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SUSAN S. FAHEY,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

No. 04-1540C
(Judge Horn)

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of CRISTINA C. ASHWORTH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CRISTINA C. ASHWORTH
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

S/ CRISTINA C. ASHWORTH
CRISTINA C. ASHWORTH
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0361
Fax: (202) 514-7965

November 4, 2004

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 4th day of NOVEMBER 2004, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Jack L. Burtch
Attorney At Law
218 North Broadway
Post Office Box A
Aberdeen, Washington 98520-0247

________________________
Harriette E. Bell