# In the United States Court of Federal Claims

**No. 04-1540C**
**(Filed: November 9, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * ***
**SUSAN S. FAHEY, ***
*****
**Plaintiff, ***
*****
**v. ***
*****
**THE UNITED STATES, ***
*****
**Defendant. ***
*** * * * * * * * * * * * * * * * * * * * * * ***

**O R D E R**

On October 12, 2004, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test. Records before the court indicate that plaintiff has not complied with this requirement.

Further, attorney for plaintiff, Mr. Jack L. Burtch, is not a member of the bar of the United States Court of Federal Claims. Records indicate that the Clerk's Office forward plaintiff's counsel the appropriate admission papers.

Plaintiff shall have until **Monday, December 6, 2004**, to comply with General Order No. 42 and to become a member of the bar or the court will issue a show cause order as to why the case should not be dismissed for lack of prosecution.

The Clerk of the Court is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge