# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SUSAN S. FAHEY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1540C - ADR Pilot**
**Filed: January 18, 2005**
**cc: Judge Firestone**

## O R D E R

By an order issued November 23, 2004, this court scheduled a status conference for Wednesday January 12, 2005, at 2:30 p.m. Due to a conflict, and pursuant to a discussion between the parties and chambers staff, the court **RESCHEDULES** the status conference for **Friday, January 28, 2005 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (360) 533-1982 and defendant's counsel at (202) 268-4037.

A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**